IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 10-CV-361 |
| SHANNON TRACY, | ) |
| Respondent. | ) |

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on July 20, 2010, and the respondent having failed to file a written response to the petition by September 8, 2010, which is five business days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Tiffany Insley-Grigg or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Shannon Tracy for the taxable periods ending, 2003, 2007, and 2008, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All records and documents specified in the two Internal Revenue Service summonses served upon respondent on March 22, 2010.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Tiffany Insley-Grigg, N14 W24200 Tower Place, Suite 202, Waukesha, Wisconsin 53188; telephone number 262/513-3596, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 9th day of September, 2010.

WILLIAM M. CONLEY
United States District Judge