IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

v.

SHANNON TRACY,

    Respondent.

ORDER

10-cv-361-wmc

A hearing on the court's Order To Show Cause as to Shannon Tracy's failure to appear before Revenue Officer Tiffany Insley-Grigg to give testimony and to bring for examination his summoned records was held on December 15, 2010.

Mr. Tracy having appeared and offered no excuse, or even explanation, for his repeated failures to comply with two IRS summons or this court's Orders To Show Cause, dated September 9, 2010 (Dkt. #6) and November 12, 2010 (Dkt. #9), IT IS HEREBY ORDERED as follows:

1.     Respondent Shannon Tracy is held in contempt of court for his disobedience of this court's order dated September 9, 2010.

2.     Mr. Tracy is ordered to appear promptly before Revenue Officer Tiffany Insley-Grigg or her designee with the summoned records. Respondent's failure to comply fully with this order shall result in additional penalties, up to and including incarceration until he has complied.

3.     Mr. Tracy is ordered to appear before this court on December 29, 2010 at 8:30 a.m. unless notified by Assistant United States Attorney Richard Humphrey that his

appearance is not required.

4.  Such other further relief as may be appropriate, including but not limited to an award of the government's costs to date, shall be reserved pending further order of this court.

Entered this 15th day of December, 2010.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge